Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VI

| | | |
|---|---|---|
| ASOCIACIÓN DE EMPLEADOS DE LA CORPORACIÓN DEL FONDO DEL SEGURO DE ESTADO en representación de MARILYN EXCLUSA RIVERA, ESTA COMPARECE A VEZ POR SÍ<br><br>Parte Apelante<br><br>v.<br><br>CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO; MAGALIS SOTO PAGÁN POR SÍ y en representación de la SOCIEDAD LEGAL D GANANCIALES COMPUESTA ENTRE ÉSTA Y EDWIN GARCÍA FELICIANO<br><br>Parte Apelada | KLAN202300657 | *Apelación*<br>Procedente del Tribunal de Primera Instancia, Sala Superior de Arecibo<br><br>Caso Civil Núm.: AR2018CV00967 (403)<br><br><br><br><br>Sobre:<br><br><br>Represalia, Daños y Perjuicios |

Panel integrado por su presidenta, la Jueza Ortiz Flores, el Juez Rivera Torres y la Jueza Rivera Pérez

Rivera Pérez, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 29 de septiembre de 2023.

Atendido el *Aviso de Desistimiento* presentado el 29 de septiembre de 2023, por la parte apelante, por conducto de su representante legal, resolvemos declararlo Ha Lugar.

Se ordena el cierre y archivo del recurso del presente caso de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA, Ap. XXII-B, R. 83 (A).

Número Identificador

SEN2023_____

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del

Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones